

FILED

AUG 29 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


JONATHAN ANTRON WILSON, #1174977,

Petitioner,

v.                                                    ACTION NO. 2:12cv273

HAROLD W. CLARKE,
Director of the Virginia Department of Corrections,

Respondent.


## FINAL ORDER

Petitioner, an inmate at St. Brides Correctional Center in Chesapeake, Virginia, has submitted a *pro se* petition pursuant to 28 U.S.C. § 2254.  This petition alleges violation of federal rights pertaining to Petitioner's convictions on July 28, 2008, in the Circuit Court for the City of Virginia Beach for possession with intent to distribute and conspiracy.  As a result of these convictions, Petitioner was sentenced to imprisonment in the Virginia penal system.

The petition was referred to a United States Magistrate Judge for a Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.  The Magistrate Judge's Report and Recommendation (ECF 21, filed July 16, 2013), recommends dismissal of the petition with prejudice.  The Court has received no objections to the Report and Recommendation, and the time for filing objections has expired.

This Court hereby accepts the findings and recommendations set forth in the Report and Recommendation, and it is therefore ORDERED that Respondent's Motion to Dismiss (ECF No. 6) is GRANTED, and that the petition is DENIED and DISMISSED with prejudice.   It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," and this Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure.   *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.   IT IS SO ORDERED.

Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
August  29th, 2013

2